**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
LAUREN E. O'DONNELL
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-7700
Facsimile: (609) 750-7701
Stephen.Orlofsky@BlankRome.com
Lauren.ODonnell@BlankRome.com

*Attorneys for Plaintiff Indigitech, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDIGITECH, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES, LLC; TELECHECK SERVICES, LLC; and MONEY NETWORK FINANCIAL, LLC,<br><br>     Defendants. | Civil Action No. 1:24-cv-00650<br><br>***Electronically Filed***<br><br>**PLAINTIFF INDIGITECH, INC.'S DISCLOSURE REGARDING THIRD-PARTY LITIGATION FUNDING *(L. Civ. R. 7.1.1)*** |

  Plaintiff Indigitech, Inc., through its undersigned counsel, Lauren E. O'Donnell of the law firm Blank Rome LLP, makes the following Disclosure Regarding Third-Party Litigation Funding pursuant to L. Civ. R. 7.1.1:

    There is no person or entity not a party to this action providing funding for any portion of Plaintiff Indigitech, Inc.'s attorneys' fees and/or expenses for this litigation on

a non-recourse basis in exchange for either: (1) a contingent financial interest based upon the results of the litigation; or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: February 5, 2024

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

<u>/s/ Lauren E. O'Donnell</u>
LAUREN E. O'DONNELL
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (215) 569-5735
Facsimile: (215) 832-5735
Lauren.ODonnell@BlankRome.com

*Attorneys for Plaintiff*