UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIGITECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA MERCHANT SERVICES LLC, TELECHECK SERVICES, LLC, AND MONEY NETWORK FINANCIAL, LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-00650-KMW-MJS |

**DEFENDANTS' DISCLOSURE REGARDING
THIRD-PARTY LITIGATION FUNDING**

Pursuant to Local Civil Rule 7.1.1, Defendants First Data Merchant Services LLC, TeleCheck Services, LLC, and Money Network Financial, LLC ("Defendants") file this Disclosure Regarding Third-Party Litigation Funding and state:

There is no person or entity not a party to this action providing funding for any portion of Defendants' attorneys' fees and/or expenses for this litigation on a non-recourse basis in exchange for either: (1) a contingent financial interest based on the results of the litigation; or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

1

        Respectfully submitted,

        POLSINELLI PC

        By: *s/ John C. Cleary*
        John C. Cleary
        (N.J. Bar No. 028482009)
        600 Third Avenue, 42nd Floor
        New York, NY 10016
        Tel.: (212) 413-2837
        Fax: (212) 684-0197
        john.cleary@polsinelli.com

        *Counsel for Defendants First Data Merchant Services LLC, TeleCheck Services, LLC, and Money Network Financial, LLC*

Dated: February 27, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I served the foregoing Disclosure Regarding Third-Party Litigation Funding on all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

*s/ John C. Cleary*
John C. Cleary