# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIGITECH, INC.,<br><br>                                  Plaintiff,<br><br>v.<br><br>FIRST DATA MERCHANT SERVICES LLC, TELECHECK SERVICES, LLC, AND MONEY NETWORK FINANCIAL, LLC,<br><br>                                 Defendants. | Civil Action No. 1:24-cv-00650-KMW-MJS |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Plaintiff Indigitech, Inc. ("Plaintiff") and Defendants First Data Merchant Services LLC, TeleCheck Services, LLC, and Money Network Financial, LLC ("Defendants"), through their undersigned counsel, stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiff commenced this action on or about February 2, 2024, by filing a Complaint. (ECF No. 1.)

2. Defendants received process, consisting of Summons and the Complaint, on February 12, 2024. Accordingly, Defendants' deadline to answer, move, or otherwise respond to the Complaint is March 4, 2024.

3. Plaintiff and Defendants have agreed to an extension of time to allow Defendants a total of sixty (60) days from February 13, 2024, up to and including

1

93645627.2

Monday, April 15, 2024, to answer, move, or otherwise respond to Plaintiff's Complaint, and respectfully request the approval of this Court to do so.

    4.    No previous extensions have been obtained.

    5.    Defendants preserve all defenses and objections to the Complaint.

Respectfully submitted this 27th day of February 2024.

| BLANK ROME LLP | POLSINELLI PC |
|---|---|
| /s *Lauren Elizabeth O'Donnell* <br> Lauren Elizabeth O'Donnell <br> 300 Carnegie Center, Suite 220 <br> Princeton, NJ 08540 <br> Telephone: (215) 569-5735 <br> Facsimile: (215) 832-5735 <br> lauren.odonnell@blankrome.com <br><br> *Counsel for Plaintiff Indigitech, Inc.* | /s *John C. Cleary* <br> John C. Cleary <br> (N.J. Bar No. 028482009) <br> 600 Third Avenue, 42nd Floor <br> New York, NY 10016 <br> Tel.: (212) 413-2837 <br> Fax:  (212) 684-0197 <br> john.cleary@polsinelli.com <br><br> *Counsel for Defendants First Data Merchant Services LLC, TeleCheck Services, LLC, and Money Network Financial, LLC* |

IT IS SO ORDERED THIS _____ day of _____, 2024.

                                        _____
                                        Honorable Matthew J. Skahill
                                        United States Magistrate Judge

93645627.2

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, I served the foregoing Stipulation and Proposed Order to Extend Time on all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

*s/ John C. Cleary*
John C. Cleary
